IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FREDERICK COLEMAN, et al.,  )
                            )
     Plaintiffs,            )
                            )    CIVIL ACTION NO.
     v.                     )      2:22cv666-MHT
                            )          (WO)
HYUNDAI MOTOR               )
MANUFACTURING OF ALABAMA,   )
LLC,                        )
                            )
     Defendant.             )
```

### JUDGMENT

Based on the joint stipulation of dismissal (Doc. 35) filed by plaintiff Sandy Landers, which the court construes as a joint motion to dismiss said plaintiff's claims pursuant to Federal Rule of Civil Procedure 41(a)(2), it is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss is granted, and all claims of plaintiff Sandy Landers are dismissed with prejudice, with each party to bear their own fees, costs, and expenses.*

---

* This court has previously held that Federal Rule of Civil Procedure 41(a) can be used to dismiss all

**Plaintiff Sandy Landers is terminated as a party to this action.**

This case is not closed.

DONE, this the 27th day of June, 2024.

                                   /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**

---

claims of less than all plaintiffs.  *See Dorn v. Vivint, Inc.*, No. 2:19CV258-MHT, 2024 WL 709207, -- F. Supp. 3d -- (M.D. Ala. Feb. 21, 2024).