IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FREDERICK COLEMAN et al.,   )<br>                              )<br>    Plaintiffs,             )<br>                              )<br>    v.                        )<br>                              )<br> HYUNDAI MOTOR                )<br> MANUFACTURING OF ALABAMA,    )<br> LLC.,                        )<br>                              )<br>    Defendant.                ) | CIVIL ACTION NO.<br>2:22cv666-MHT<br>(WO) |

ORDER

In accordance with the opinion entered today, it is ORDERED that:

(1) Defendant Hyundai Motor Manufacturing of Alabama, LLC.'s motion to sever (Doc. 56) is granted in part and denied in part as follows:

(a) Plaintiff Stacy Trimble and his claims are severed from this case and will be assigned a new case number and styled *Stacy Trimble v. Hyundai Motor Manufacturing of Alabama, LLC.* Upon establishing new a case number and file, the following docket entries are to be included in the new case file: 1–4; 8; 10-43; and

48-67.

(b) Plaintiffs Frederick Coleman, Edward Daniels, and Jimmy Williams and their claims are severed from this case and, together, will be assigned a new case number and styled *Coleman, et al. v. Hyundai Motor Manufacturing of Alabama, LLC.* Upon establishing new a case number and file, the following docket entries are to be included in the new case file: 1–6; 9-43; 45-47; and 49-67.  Plaintiffs Coleman, Daniels, and Williams are not severed as among themselves.

(c) Plaintiff Jason Ingram and his claim will continue to proceed under the currently assigned case number and in the current case.

(d) The filing fee is waived for each severed case.

(2) Defendant Hyundai Motor Manufacturing of Alabama, LLC.'s alternative motion for separate trials (Doc. 56) is:

(a) Denied as moot with regard to plaintiff Ingram.

(b) Denied as moot with regard to plaintiff Trimble.

(c) Denied, with leave to refile after the court has

2

resolved the pending motion for summary judgment (Doc. 42), as to plaintiffs Coleman, Daniels, and Williams.

The clerk of the court is DIRECTED (1) to set up two new cases as indicated above; (2) to include in each new case the opinion and order entered in this case today; and (3) to docket in each new case a copy of the docket sheet in this case, for informational purposes. If a party wishes to docket, in a new case, additional documents from this case, they need only make a request, in the new case, for such.

DONE, this the 26th day of March, 2025.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**