IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JASON INGRAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. |
| HYUNDAI MOTOR | ) | 2:22cv666-MHT |
| MANUFACTURING OF ALABAMA, | ) | (WO) |
| LLC., | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Hyundai Motor Manufacturing of Alabama, LLC's motion for summary judgment (Doc. 42) is granted.

(2) Judgment is entered in favor of defendant Hyundai Motor Manufacturing of Alabama, LLC. and against plaintiff Jason Ingram, with plaintiff Ingram taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Ingram, for which execution may issue.

There being "no just reason for delay," Fed. R. Civ. P. 54(b), the clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules for Civil Procedure, for plaintiff Ingram's claim is the only remaining claim in this case.

This case is closed.

DONE, this the 17th day of April, 2025.

                           /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**